ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
  Social Security Administration
  160 Spear Street, Suite 800
  San Francisco, CA 94105-1545
  Telephone: (415) 977-8973
  Facsimile: (415) 744-0134
  Email: Susan.L.Smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SILVY MASARIAN, | ) |
|    Plaintiff, | ) No.: 2:10-cv-08512-VBK |
| | ) |
|   vs. | ) **[PROPOSED]** |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant | ) |
| _____ | ) |

  The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated:  __June 6, 2013___    _____/s/_____

        HON. VICTOR B. KENTON
        United States Magistrate Judge